**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

In Re: Arbitration of Twin
City Pipe Trades Welfare Fund,

Respondent,

and

**ORDER**
Civil No. 01-2240 ADM/AJB

George Parker,

Claimant.

---

This matter came before the Court on the Petition of Respondent Twin City Pipe Trade Welfare Fund for appointment of an arbitrator. No appearances were required for the Petition. Based upon the motion papers, including the parties' Arbitration Agreement, Respondent's Motion is **GRANTED**.

Harold Kalina, 731 Columbia Parkway N.E., Minneapolis, MN 55418, 612-781-1747, is hereby appointed to arbitrate the dispute which is the subject of the parties' Arbitration Agreement and follow the procedures set forth in that agreement, including those set forth in the Federal Arbitrate Act at Chapter 9, United States Code.

BY THE COURT:

ANN D. MONTGOMERY
UNITED STATES DISTRICT COURT

Dated: December 14, 2001

FILED DEC 14 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______